[No. 69333-6-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK MCMILLON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07546-6, Catherine D. Shaffer, J., entered August 17, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 69336-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL MICHELLE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00404-4, Mariane C. Spearman, J., entered September 14, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[No. 69347-6-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB ALAN WARNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00857-1, George N. Bowden, J., entered August 31, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Grosse and Spearman, JJ.

[No. 69378-6-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL KENNETH MCDONOUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01028-1, Sharon S. Armstrong, J., entered September 28, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Spearman, J.